# Court of Appeals
# of the State of Georgia

ATLANTA,  October 31, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0379.  MEYER v. THE STATE.**

The Appellant has filed a Motion to Remand, claiming he was denied effective assistance of counsel during the pendency of this case and that he raised this issue at the earliest practicable moment such that there has been no waiver of this issue for appellate consideration.

We hereby **GRANT** the motion and order that this case be **REMANDED** to the trial court to allow for a determination of the previously filed motion for new trial raising his ineffective assistance of counsel claims. If the trial court determines that Appellant was denied effective assistance of counsel, then Appellant shall be entitled to a new trial; however, if the trial court determines that Appellant was not denied effective assistance of counsel, then Appellant is entitled to file a notice of appeal within 30 days of the date of the entry of any adverse order.

The Appellant's simultaneously filed Motion to Stay the appeal is hereby **DENIED AS MOOT**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/31/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*